# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIE CHRISTENSEN, an individual, on behalf of itself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A., *et al.*,<br><br>　　　　　　Defendant. | Case No.  2:12-cv-00021-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed January 6, 2012. Defendant filed a Motion to Dismiss (#8) on January 30, 2012. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **April 2, 2012** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 21st day of March, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge